# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1222

_____

CHAROD T. SUMPTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____


Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 23, 2022


PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charod T. Sumpter, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.